1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9   Nathan Jesus Baeza,

No. CV-16-01903-PHX-DMF

10          Plaintiff,

**ORDER**

11   v.

12   Compadres Auto Sales LLC, et al.,

13          Defendants.

14

15          Pending before the Court is Plaintiff's Motion for Default Judgment as to Iris

16   Marie Villa (Doc. 24) and United States Magistrate Deborah M. Fine's Report and

17   Recommendation ("R&R") (Doc. 29). The R&R recommends that the Court grant the

18   Motion (Doc. 29 at 3). The Magistrate Judge advised the parties that they had fourteen

19   days to file objections to the R&R and that failure to file timely objections could be

20   considered a waiver of the right to obtain review of the R&R. *Id.* at 3 (citing Fed. R. Civ.

21   P. 6 and 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

22          The parties did not file objections, which relieves the Court of its obligation to

23   review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149

24   (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is

25   not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must

26   determine de novo any part of the magistrate judge's disposition that has been properly

27   objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-

28   taken. The Court will accept the R&R and will grant the Motion. *See* 28 U.S.C.

§ 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS HEREBY ORDERED:**

1. Magistrate Judge Fine's R&R (Doc. 29) is **accepted**.

2. Plaintiff's Motion for Default Judgment as to Iris Marie Villa (Doc. 24) is **granted**.

3. Plaintiff is awarded $10,000.00 in statutory damages, $2,400.00 in attorney's fees, and $468.00 in costs for a total of $12,868.00 and against Defendant Iris Marie Villa on the Federal Odometer Act claim.

4. The judgment shall bear post-judgment interest at the statutory rate as set forth under 28. U.S.C. § 1961.

5. Plaintiff shall take nothing on the breach of contract claim against Defendant Iris Marie Villa.

6. The Clerk of Court shall terminate this action and enter judgment accordingly.

Dated this 26th day of April, 2017.

Honorable G. Murray Snow
United States District Judge